IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL |
|---|---|

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/~~Deceased~~ Party:

   Amy L. Krell

2. Spousal Plaintiff/~~Deceased Party's spouse~~ or other party making loss of consortium claim:

   Adam J. Walker

3. ~~Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):~~

   _____

4. Plaintiff's ~~Deceased Party's~~ state(s) [if more than one Plaintiff] of residence at the time of implant:

   New York

5. Plaintiff's/~~Deceased Party~~ state(s) [if more than one Plaintiff] of residence at the time of injury:

    New York

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    New York

7. District Court and Division in which venue would be proper absent direct filing:

    U.S. District Court-Northern District of New York

8. Defendants (check Defendants against whom Complaint is made):

    ☒ C. R. Bard Inc.

    ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    ☒ Diversity of Citizenship

    ☐ Other: _____

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

    _____
    _____
    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐ Recovery® Vena Cava Filter

    ☑ G2® Vena Cava Filter

    ☐ G2® Express Vena Cava Filter

    ☐ G2® X Vena Cava Filter

    ☐ Eclipse® Vena Cava Filter

    ☐ Meridian® Vena Cava Filter

|   |   |   |
|---|---|---|
| ☐ | | Denali® Vena Cava Filter |
| ☐ | | Other: _____ |

11. Date of Implantation as to each product:

   April 5, 2010

   _____

12. Counts in the Master Complaint brought by Plaintiff(s):

   ☒ Count I: Strict Products Liability – Manufacturing Defect
   ☒ Count II: Strict Products Liability – Information Defect (Failure to Warn)
   ☒ Count III: Strict Products Liability – Design Defect
   ☒ Count IV: Negligence - Design
   ☒ Count V: Negligence - Manufacture
   ☒ Count VI: Negligence – Failure to Recall/Retrofit
   ☒ Count VII: Negligence – Failure to Warn
   ☒ Count VIII: Negligent Misrepresentation
   ☒ Count IX: Negligence *Per Se*
   ☒ Count X: Breach of Express Warranty
   ☒ Count XI: Breach of Implied Warranty
   ☒ Count XII: Fraudulent Misrepresentation
   ☒ Count XIII: Fraudulent Concealment
   ☒ Count XIV: Violations of Applicable New York (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
   ☒ Count XV: Loss of Consortium
   ☐ Count XVI: Wrongful Death
   ☐ Count XVII: Survival
   ☒ Punitive Damages

- 3 -

| | | | |
|---|---|---|---|
|1| ☐ | Other(s): _____ (please state the facts |
|2| | supporting this Count in the space immediately below) |

3  _____
4  _____
5  _____
6  _____
7  _____
8  _____

13. Jury Trial demanded for all issues so triable?

  ☒ Yes

  ☐ No

RESPECTFULLY SUBMITTED this _1st_ day of _may_, 20_19_.

CELLINO & BARNES, P.C.C

By: /s/ Brian A. Goldstein
Brian A. Goldstein
2500 Main Place Tower
350 Main Street
Buffalo, NY 14202-3725
(716) 888-8888 / Fax: (716) 854-6291
brian.goldstein@cellinoandbarnes.com

I hereby certify that on this _1st_ day of _may_, 20_19_, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Brian A. Goldstein

- 4 -