UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMY L. KRELL, ET AL. [AS IT RELATES TO PLAINTIFF DIANA MOSS],<br><br>Plaintiff,<br><br>- vs -<br><br>C.R. BARD INCORPORATED and<br>BARD PERIPHERAL VASCULAR INCORPORATED,<br><br>Defendants. | Lead Case No.<br>5:21-cv-00531-GTS-ML<br><br>Member Case No:<br>1:21-cv-00537-GTS-ML |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that the above-captioned case be dismissed with prejudice, with each party to bear its own costs.

Respectfully submitted, this 23rd day of June, 2021.

| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANTS |
|---|---|
| /s/ Jonas P. Mann<br>Jonas P. Mann<br>Baron & Budd, P.C.<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219<br>Tel: (214) 521-3605<br>Email: jmann@baronbudd.com<br><br>*Counsel for Plaintiff* | By: /s/ Vivian M. Quinn<br>Vivian M. Quinn, Esq.<br>Nixon Peabody LLP<br>40 Fountain Plaza, Suite 500<br>Buffalo, New York 14202<br>Tel: (716) 853-8100<br>Email: vquinn@nixonpeabody.com<br><br>*Counsel for Defendants C. R. Bard, Inc., and Bard Peripheral Vascular, Inc.* |

IT IS SO ORDERED:

*[signature]*
Hon. Glenn T. Suddaby
Chief U.S. District Judge

Dated: 6/23/2021
Syracuse, NY