UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMY L. KRELL, ET AL. [AS IT RELATES TO PLAINTIFF KELLY MCCOY],<br><br>Plaintiff,<br><br>- vs -<br><br>C.R. BARD INCORPORATED and<br>BARD PERIPHERAL VASCULAR INCORPORATED,<br><br>Defendants. | Lead Case No.<br>5:21-cv-00531-GTS-ML |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff in the above-titled action ("Plaintiff") and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants" or "Bard") (collectively referred to herein as the "Parties"), by and through their respective undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of all of the claims in this action without prejudice as to Defendants, C.R. Bard Incorporated and Bard Peripheral Vascular Incorporated. The Parties shall bear their own attorneys' fees, costs, and expenses, except as otherwise provided for in the Parties' settlement agreement.

Dated: July 20, 2021    Respectfully submitted,

| | |
|---|---|
| MATTHEWS & ASSOCIATES<br><br>By: /s/ David Paul Matthews<br>David Paul Matthews<br>Matthews & Associates<br>244 Fifth Avenue<br>Suite 2882<br>New York, NY 10001-7604<br>888-520-5202 | NELSON MULLINS RILEY & SCARBOROUGH LLP<br><br>By:     /s/ James F. Rogers<br>James F. Rogers, Esq. (*pro hac*)<br>Joseph E. Fornadel, Esq. (*pro hac*)<br>1320 Main Street, 17th Floor<br>Columbia, SC 29201<br>Tel: (803) 255-9489 |

Fax: 713-535-7184
Email: dmatthews@dmlawfirm.com

*Attorney for Plaintiff*

Email:joe.fornadel@nelsonmullins.com
Email: jim.rogers@nelsonmullins.com

By: /s/ Vivian M. Quinn
Vivian M. Quinn, Esq.
40 Fountain Plaza, Suite 500
Buffalo, New York 14202
Tel: (716) 853-8100
Email: vquinn@nixonpeabody.com

*Attorneys for Defendants C.R. Bard Incorporated and Bard Peripheral Vascular Incorporated*

IT IS SO ORDERED:

Hon. Glenn T. Suddaby
Chief U.S. District Judge

Dated: July 20, 2021
       Syracuse, NY