UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

AMY KRELL, ET AL. [AS IT RELATES TO
PLAINTIFF SEAN GRACE AS ADMINISTRIX OF THE
ESTATE OF LISA JENKINS],

                          Plaintiff,

- vs -

C.R. BARD INCORPORATED and
BARD PERIPHERAL VASCULAR INCORPORATED,

                         Defendants.

Case No.
5:21-cv-00531-GTS-ML

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned Parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed *with prejudice* against all Defendants, with each party to bear its own costs.

Dated: March 29, 2022

Respectfully submitted,

BOTTAR LAW, PLLC

NELSON MULLINS RILEY &
SCARBOROUGH LLP

/s/ Samantha C. Riggi
Samantha C. Riggi
Michael A. Bottar
1300 AXA Tower II
120 Madison Street
Syracuse, NY 13202
315-422-3466
Email: scr@bottarlaw.com
Email: mab@bottarlaw.com

*Attorneys for Plaintiff*

/s/ James F. Rogers
James F. Rogers, Esq. (*pro hac*)
1320 Main Street, 17th Floor
Columbia, SC 29201
Tel: (803) 255-9489
Fax: (803) 256-7500
Email: jim.rogers@nelsonmullins.com

NIXON PEABODY LLP
Vivian M. Quinn, Esq.
40 Fountain Plaza, Suite 500
Buffalo, New York 14202
Tel: (716) 853-8100
Email: vquinn@nixonpeabody.com

IT IS SO ORDERED:

*Attorneys for Defendants C.R. Bard Incorporated and Bard Peripheral Vascular Incorporated*

*[signature]*
Hon. Glenn T. Suddaby
Chief U.S. District Judge

Dated: 3/30/2022
Syracuse, NY